UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| IN RE:<br><br>**Beverly Joan Shroyer,**<br><br>   Debtor,<br>_____/<br><br>**MORTGAGE ASSETS MANAGEMENT, LLC,**<br><br>   Movant,<br><br>v.<br><br>**Beverly Joan Shroyer,**<br>**Ronda J. Winnecour- Trustee,**<br><br>   Respondents.<br>_____/ | CHAPTER 13<br>CASE NO.: 24-70322-JAD<br><br><br><br>Related to Doc. #34 |

### ORDER OF COURT

AND NOW, this   9th     day of December 2025, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC; and it is further

ORDERED, that Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1536 Palo

Alto Road, Hyndman, PA 15545, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

12/9/2025

_____
Hon. Judge Jeffery A. Deller
U.S. Bankruptcy Court Judge

FILED
12/9/25 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA