# Notice Recipients

District/Off: 0315–7         User: auto                  Date Created: 12/9/2025
Case: 24–70322–JAD          Form ID: pdf900             Total: 5

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee       ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour        cmecf@chapter13trusteewdpa.com
aty         David A. Colecchia        colecchia542@comcast.net
aty         Robert Shearer            rshearer@raslg.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Beverly Joan Shroyer      1536 Palo Alto Road      Hyndman, PA 15545

TOTAL: 1